UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. SEGUNDO GARCIA, Criminal No. 14-203

## PETITION FOR WRIT OF HABEAS CORPUS

1. **Segundo Garcia SBI# 904436E** is now confined at the Passaic County Jail.

2. Said individual will be required at U.S. District Court, Newark, New Jersey, before the Hon. Claire C. Cecchi, U.S. District Judge, on Wednesday, July 16, 2014, at 2:00 p.m., for his **Sentencing** in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: June 16, 2014

/s/ *Francisco J. Navarro*
Francisco J. Navarro
Assistant United States Attorney
Petitioner

## ORDER

Let the Writ Issue.
DATED: June 17, 2014

Hon. Claire C. Cecchi, U.S.M.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Passaic County Jail:
WE COMMAND YOU that you have the body of

**Segundo Garcia SBI# 904436E**

now confined at the Southern State Correctional Facility, brought before the United States District Court, the Hon. Claire C. Cecchi, U.S. District, in the U.S. Courthouse in Newark, NJ, on Wednesday, July 16, 2014, at 2:00 p.m., so that he may have his **Sentencing** in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Claire C. Cecchi
United States District Judge
Newark, New Jersey.

DATED: June 17th, 2014

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk